# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

PATRICK BUSH                                                                PETITIONER

VS.                                 CIVIL ACTION NO. 5:09cv36-DCB-MTP

BRUCE PEARSON, Warden                                     RESPONDENT

## **ORDER**

This matter is before the court on a Motion [10] to Supplement Evidence and a Motion [12] for Leave to Supplement Evidence filed by Petitioner. In the motions, Petitioner seeks leave of court to submit additional documentary evidence in support of his Petition [1] for Writ of Habeas Corpus. Respondent has not responded to Petitioner's motions. Having considered the motions, the court finds that they should be granted.

IT IS, THEREFORE, ORDERED that Petitioner's Motion [10] to Supplement Evidence and Motion [12] for Leave to Supplement Evidence are granted. Petitioner need not file any additional pleadings, as his Petition [1] for Writ of Habeas Corpus is deemed amended and supplemented as set forth in his motions.

IT IS FURTHER ORDERED that, in light of this Order, should Respondent desire to file an amended Response to the Petition, he shall do so on or before December 18, 2009.

SO ORDERED AND ADJUDGED this the 1st day of December, 2009.

                                                  s/ Michael T. Parker
                                                  United States Magistrate Judge